UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHERIKA JOHNSON,

      Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

      Defendants.

25-cv-8492 (JGK)

Order

---

**John G. Koeltl, District Judge:**

  The complaint was filed on October 14, 2025, but was never served on the defendants.

  The Court, by order of May 6, 2026, extended the plaintiff's time to serve the defendants to May 26, 2026. The Court indicated that if the summons and complaint were not served by May 26, 2026, the case may be dismissed for failure to prosecute. The time to serve the complaint on the defendants has passed.

  The Court hereby dismisses this matter without prejudice for failure to prosecute. See Fed. R. Civ. P. 4(m). The Clerk is directed to close the case.

**SO ORDERED.**

Dated:  **New York, New York**
    **June 9, 2026**

          John G. Koeltl
         **United States District Judge**